**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JOSHUA RITCHIE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No.  MO:26-CV-00119-DC** |
| | § | |
| **EQUIFAX INFORMATION SERVICES,** | § | |
| **LLC, COMPLEX COMMUNITY** | § | |
| **FEDERAL CREDIT UNION,** | § | |
| *Defendants.* | § | |

## ADVISORY TO THE CLERK OF COURT

The undersigned party in the above-captioned case elects as follows (please select only one of the following options):

☐ I CONSENT to proceed before a United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☑ I DO NOT CONSENT to proceed before a United States Magistrate Judge. The undersigned party in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefer that this case proceed before the District Judge.

| *Party or Party Represented* | *Signature of Party or Party's Attorney* | *Date* |
|---|---|---|
| Joshua Ritchie | /s/Landon T. Maxwell | June 4, 2026 |
| | | |