**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JOSHUA RITCHIE,** | | |
| **Plaintiff** | | |
| | | |
| **vs.** | **Case No. 7:26-cv-00119** | |
| | | |
| **EQUIFAX INFORMATION SERVICES, LLC; and COMPLEX COMMUNITY FEDERAL CREDIT UNION,** | | |
| **Defendant** | | |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)**

Defendant, COMPLEX COMMUNITY FEDERAL CREDIT UNION ("CCFCU"), by and through the undersigned counsel, submits these Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**I.      Individuals Likely to Have Discoverable Information (FRCP 26(a)(1)(A)(i))**

The following individuals are likely to have discoverable information that Defendant may use to support its claims or defenses:

1.      Jannette Acosta, Collections Manager for CCFCU, c/o Shane M. Bebout, Partner at Todd, Barron, Thomason, Hudman, Bebout & Rodriguez, P.C., 3800 E. 42nd Street, Suite 409, Odessa, Texas 79762; (432) 363-2106.
Subjects of Information: Information regarding dispute inquiry notification and Defendant's collections department policies and procedures.

2.      Celestina Gobin, Equifax Officer of Consumer Affairs, c/o Heliane Fabian of Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021; (310) 277-7200.
Subjects of Information: Equifax's policies, practices, and procedures for maintaining credit files and consumer disputes, and Equifax's reinvestigation of Plaintiff's disputes and the contents of his credit file.

3.      Joshua Ritchie, Plaintiff, c/o Landon T. Maxwell of Consumer Justice Law Firm PLC, 8095 N. 85th Way, Scottsdale, AZ 85258; (480) 626-1975, and Michael Yancy of Consumer Justice Law Firm PLC, 825 Watter's Creek Blvd., Building M, Suite 250, Allen, Texas 75013; (480)573-9272.

Subjects of Information: Personal knowledge of Plaintiff's credit history, file, and dispute information.

4. Any entities with whom Plaintiff alleges to have applied for credit, financing, employment, or insurance may have knowledge of the facts at issue in this case regarding Plaintiff's credit report, consumer profile, or any other related adverse action. Name(s) and address(es) are presently unknown.

5. Any other party to this lawsuit.

6. Any witness identified by any other party to this lawsuit.

7. Any individual needed for impeachment or rebuttal.

8. Any spouse, family member(s), friend(s) of Plaintiff who may have knowledge of the factual basis of the claims and defenses. Name(s) and address(es) presently unknown.

## II. Documents, Electronically Stored Information, and Tangible Things (FRCP 26(a)(1)(A)(ii))

The following is a description by category and location of all documents, electronically stored information (ESI), and tangible things in the possession, custody, or control of Defendant that it may use to support its claims or defenses:

1. Category: Plaintiff's Tradeline Dispute Response Notification Received by Defendant
Location: Maintained in CCFCU's business records and in the electronic files of CCFCU's counsel.

2. Category: Plaintiff's Disputed Information Remarks on File
Location: Maintained in CCFCU's business records and in the electronic files of CCFCU's counsel.

3. Category: Bullseye Report of Equifax's Inquiry Results for Plaintiff's Dispute
Location: Maintained in CCFCU's business records and in the electronic files of CCFCU's counsel.

4. Category: Relevant portions of CCFCU's policy and procedures
Location: Maintained in CCFCU's business records.

5.      Category: Any documents identified by Plaintiff and/or co-defendants.

6.      Category: Any other documents produced in discovery.

7.      Category: Any and all documents needed for rebuttal or impeachment.

### III. Computation of Damages (FRCP 26(a)(1)(A)(iii))

The following is a computation of each category of damages claimed by CCFCU:

1.      Category of Damage: Attorneys' Fees, Costs, and Expenses

Computation: CCFCU seeks recovery of its attorneys' fees, costs, and expenses pursuant to applicable law. Such amounts continue to accrue.

Supporting Documents: Billing records, cost records, expense receipts and records, and other supporting documentation.

### IV. Insurance Agreements (FRCP 26(a)(1)(A)(iv))

Defendant has no insurance agreements to disclose that may be liable to satisfy all or part of a judgment.

### CCFCU's Right to Supplement Information

CCFCU reserves its right to supplement the information requested. To the extent responsive to this request, CCFCU further designates as persons with knowledge of relevant facts all persons identified in deposition testimony or as an author or recipient of correspondence or other documents produced by any party in this litigation or in any response to interrogatories in connection with this matter, and any persons identified by any party to this litigation in their Rule 194 disclosure responses in this litigation, making reference to same for a listing of such individuals, together with their last known address, telephone number and brief statement of knowledge as set forth in such testimony, documents, or responses.

Respectfully submitted,

/s/ *Shane M. Bebout*

**SHANE M. BEBOUT**
State Bar No. 24082670
**COLBY D. HARBUCK**
State Bar No. 24137474
TODD, BARRON, THOMASON,
HUDMAN, BEBOUT & RODRIGUEZ, P.C.
3800 E. 42nd Street, Suite 409
Odessa, Texas 79762-5982
(432) 363-2106
(432) 363-2156 fax
E-mail: SBebout@toddlawfirm.com
          CHarbuck@toddlawfirm.com

**ATTORNEYS FOR DEFENDANT,
COMPLEX COMMUNITY FEDERAL
CREDIT UNION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2026, a true and correct copy of the foregoing Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1) was served on all counsel of record via CM/ECF.

/s/ *Shane M. Bebout*
Shane M. Bebout

00950593.DOCX